UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

v.

DANIEL GONZALEZ
A/K/A RAFAEL ARROCHO

Defendant

.

Case No.3:26-mj-70613 MAG

Charging District's Case Number:
2:23-cr-524(A)-DMG

## RULE 5 COMMITMENT TO ANOTHER DISTRICT

The defendant was arrested and appeared in the Northern District of California April 30, 2026 pursuant to a Rule 5 Notice.  On May 5, 2026, the Defendant appeared in this Court for an identity hearing and detention hearing.  Defendant waived the identity hearing and admitted he was the person named in the Rule 5 Notice.  The United States moved for detention on both flight risk and danger to community.

Defendant and several of his family members were present and the Court determined that conditions could be set for his release.  The Defendant was ordered to be released and was instructed to appear in the Central District of California on May19, 2026, at 1:30 pm.  In specific, he was ordered to appear in Courtroom 640 at 1:30 pm at the Roybal Federal Building and United States District Courthouse located at 255 East Temple Street, Los Angeles, California 90012.  The defendant does not need an interpreter.  The defendant is requesting court-appointed counsel.

The defendant was released on a $50,000 signature bond on conditions that include that his wife and sister-in-law are co-sureties on the Bond and that his wife will also act as his custodian.  At least one of them will accompany the Defendant to his initial Court appearance in Los Angeles on May 19, 2026.  His travel is restricted to the EDCA where he will reside, the NDCA and the CDCA, with the understanding that he shall stay in his residence at all times except for court appearances, attorney meetings and medical appointments.  Additional conditions were set that will be sent to the CDCA.

The Marshal in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of this court's Order transferring jurisdiction to the CDCA once the Defendant appears in that District for his initial appearance.  The clerk of this district must promptly transmit the papers and the conditions of release to the charging district.

**IT IS ORDERED.**

Dated: May 5, 2026

_____
Hon. THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California